UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

BAYLI MANCINI,

  Plaintiff,

-vs-                                  CASE NO.: 2:18-CV-03122-HB

TRANSWORLD SYSTEMS, INC.,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Bayli Mancini, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 12th day of November, 2018 to: Andrew J. Blady, Esquire, 3682 Green Ridge Road, Furlong, Pennsylvania 18925 (ablady@sessions.legal).

/s/Octavio Gomez
Octavio "Tav" Gomez, Esquire
Pennsylvania Bar #: 325066
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
tgomez@forthepeople.com
fkerney@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*