IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BAYLI MANCINI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANSWORLD SYSTEMS, INC. | : | NO. 18-3122 |

## ORDER

AND NOW, this 13th day of November, 2018, it is hereby ORDERED that the Joint Motion for Leave to Appear Telephonically at the Status Conference is GRANTED.

BY THE COURT:


/s/ Harvey Bartle
                                                        J.